UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the CNMI and LARRISA LARSON,<br><br>    Defendants - Appellees,<br><br> v.<br><br>TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor,<br><br>    Movant - Appellant. | No. 16-16065<br><br>D.C. No. 1:14-cv-00020<br>District of the Northern Mariana Islands<br><br><br>ORDER |

  A review of this court's docket reflects that the full filing fee for this appeal remains due. The filing fee for the notice of appeal is $505.00. Within 21 days after the date of this order, appellant shall pay to the district court $50.00 as the balance of the filing fee for this appeal and provide proof of payment to this court, or file a motion to proceed in forma pauperis. Failure to pay the fee or file a

SLL/MOATT

motion to proceed in forma pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Landsittel
Deputy Clerk