# CURRENT SERVICE LIST

*Plaintiffs: David J. Radich and Li-Rong Radich*

| | |
|---|---|
| Counsel: | Daniel T. Guidotti |
| Address: | 2nd Floor, J.E. Tenorio Building |
| | Gualo Rai, Saipan, CNMI |
| Mail: | PO Box 506057 Saipan MP 96950 |
| Telephone: | (670) 233-0777 |
| Fax: | (670) 233-0776 |
| E-mail: | dan.guidotti@mpac.law |

| | |
|---|---|
| Counsel: | David G. Sigale |
| Address: | 790 Roosevelt Road, Suite 207 |
| | Glen Ellen, Illinois 60137 |
| Telephone: | (630) 542-4547 |
| Fax: | (630) 596-4445 |
| E-mail: | dsigale@sigalelaw.com |

*Defendants: Robert Guerrero and Larissa Larson*

| | |
|---|---|
| Counsel: | James M. Zarones |
| Address: | Office of Attorney General (Civil) |
| | Capitol Hill, Saipan, CNMI |
| Mail: | Caller Box 10007 Saipan MP 96950 |
| Telephone: | (670) 237-7500 |
| Fax: | (670) 664-2349 |
| E-mail: | James_Zarones@cnmioag.org |

*Movants for Intervention / Appellants:*
*Tapanag Middle School Parent Teacher Student Association*

| | |
|---|---|
| Counsel: | Joseph E. Horey |
| Address: | 201 Marianas Business Plaza |
| | Susupe, Saipan, CNMI |
| Mail: | PO Box 501969 Saipan MP 96950 |
| Telephone: | (670) 234-5684 |
| Fax: | (670) 234-5683 |
| E-mail: | josephhorey@pacific-lawyers.com |

*1000-09-160623-service list*