**O'CONNOR BERMAN DOTTS & BANES**
**201 Marianas Business Plaza**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 501969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**

**Attorneys for Movant-Appellant**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | No. 16-16065 |
| Plaintiffs-Appellees, | D.C.No. 1:14-CV-00020 |
| | District Court for the |
| vs. | Northern Mariana Islands |
| ROBERT GUERRERO, in his official capacity as Commissioner of the CNMI Department of Public Safety, and LARISSA LARSON, in her official capacity as Secretary of the CNMI Department of Finance, | RESPONSE TO JUNE 21 ORDER |
| Defendants; | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor, | |
| Movant-Appellant. | |

Movant-Appellant Tanapag Middle School Parent Teacher Student Association hereby advises the Court, in response to its Order of June 21, 2016, that the full filing fee of $505.00 for the Notice of Appeal has been paid. A copy of the receipt for payment in that amount is attached hereto. The figure of $455.00 appearing on the District Court's docket appears to be a clerical error.

Respectfully submitted this 22nd day of June, 2016.

                                      O'CONNOR BERMAN DOTTS & BANES
                                      Attorneys for Movant-Appellant

                                       */s/ Joseph E. Horey*
By: _____
                                       Joseph E. Horey

*1000-09-160623-response to order*