```
Court Name: Northern Mariana Islands
Division: 1
Receipt Number: MPX100004103
Cashier ID: bertha
Transaction Date: 06/09/2016
Payer Name: JOSEPH E. HOREY
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOSEPH E. HOREY
 Case/Party: D-MPX-1-14-CV-000020-001
 Amount:        $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 1773
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Return Check Fee $53.00
```