Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)*: 16-16065

Case Name: David J. Radich, et al  v.  Robert Guerrero, et al

List the name(s) of the party or parties you are representing:
David J. Radich
Li-Rong Radich

- ☐ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Appellant/Cross-Appellee
- ☒ Appellee
- ☐ Respondent
- ☐ Intervenor
- ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: David G. Sigale

Firm/Office: Law Firm of David G. Sigale, P.C.

Address: 799 Roosevelt Road, Suite 207

City: Glen Ellyn    State: IL    Zip Code: 60137

Email: dsigale@sigalelaw.com    Re-enter Email: dsigale@sigalelaw.com

Phone Number *(including area code)*: 630.452.4547

Signature *(use "s/" format)*: s/ David G. Sigale    Date: June 23, 2016

| 9th Circuit Case Number(s) | 16-16065 |
|---|---|

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* June 23, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*: s/ David G. Sigale

*********************************************************************************

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* _____.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*: