**FILED**

JUL 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | No. 16-16065 |
| Plaintiffs - Appellees, | D.C. No. 1:14-cv-00020 |
| v. | U.S. District Court for the Northern Mariana Islands, Saipan |
| JAMES C. DELEON GUERRERO, in his official capacity as Commisioner of the Department of Public Safety of the CNMI and LARRISA LARSON, | **ORDER** |
| Defendants - Appellees, | |
| v. | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor, | |
| Movant - Appellant. | |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Ann Julius, Circuit Mediator, at 415-355-7906 or ann_julius@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                          FOR THE COURT:

                                          Virna Sanchez

vs/mediation                              Deputy Clerk